USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/30/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL HERNANDEZ, *on behalf of himself and others similarly situated*,

Plaintiff,

v.

MNY 7th Corp, *doing business as* AL'S DELICATESSEN; MARIANA D. RAMIREZ; JOHN DOES 1-5,

Defendants.

No. 19-CV-4481 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On May 16, 2019, Plaintiff Daniel Hernandez brought this action, which includes a claim under the Fair Labor Standards Act. In accordance with this district's rules, the parties were referred to mediation. On December 11, 2019, the Mediation Office notified the Court that the scheduled mediation conference was not held because the parties represent that they have reached a settlement on all issues. *See* Dkt. 13.

No later than January 7, 2020, the parties shall file a joint letter updating the Court on the status of the case, including whether they have reached a settlement. If the parties have reached a settlement, they must file it with the Court for approval no later than January 15.

SO ORDERED.

Dated: December 30, 2019
New York, New York

Ronnie Abrams
United States District Judge