```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DANIEL HERNANDEZ,

                         Plaintiff,                          19-CV-4481 (SN)

       -against-                                        **ORDER**

MNY 7th Corp., et al.,

                         Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and on January 29, 2020, submitted a proposed settlement for the Court's review pursuant to <u>Cheeks v. Freeport Pancake House</u>, 796 F.3d 199 (2d Cir. 2015). ECF No. 17. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice. This Court shall retain jurisdiction over all proceedings solely to enforce the terms of the settlement between the parties in this action.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 29, 2020
               New York, New York